UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN DIXON, JR.,<br><br>Petitioner,<br><br>v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>Respondent. | NO. CV 09-5396-VAP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  As modified below, the Court accepts the findings and recommendation of the Magistrate Judge.

The word "brought" on page 7, line 6 of the Report is deleted.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: _February 29, 2012____

_____
VIRGINIA A. PHILLIPS
United States District Judge