UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN DIXON, JR.<br><br>        Petitioner,<br><br>  v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>        Respondent. | No. CV 09-5396-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 29, 2012

                                       VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE